PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Moritz   Cr.: 14-00146-001
PACTS #: 368065

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/04/2014

Original Offense: 18:1343; Fraud By Wire - Radio - Or Television

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, No New Debt/Credit

Type of Supervision: Supervised Release   Date Supervision Commenced: 08/26/2016

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than 10% of his net monthly income, to commence 30 days after release from confinement.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

## CAUSE

Due to Mortiz's residency, he is currently being supervised in the Northern District of Illinois. They conducted a financial investigation and determined the offender is unable to pay the $1,981,807.15 restitution at a rate of monthly installments of no less than $1,000 to commence 30 days upon his release from custody.

Respectfully submitted,

By: Amy J. Capozzolo
U.S. Probation Officer

Date: 02/15/2017

Prob 12B – page 2
John Moritz

THE COURT ORDERS:

- ☐ The Extension of Supervision as Noted Above
- ☐ The Modification of Conditions as Noted Above
- ☐ No Action
- ☐ Other

_____
Signature of Judicial Officer

_____2/15/2017_____
Date

## UNITED STATES DISTRICT COURT
### For the
### NORTHERN DISTRICT OF ILLINOIS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Offender shall make monthly restitution payments of no less than 10% of his net monthly income

Witness: _____   Signed: _____
            *U.S. Probation Officer*                   *Signature of Probationer/Supervised Releasee*

_____1/24/17_____                    _____1/24/17_____
        *(Date Signed)*                           *(Date Signed)*